

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2024

No. 04-23-00318-CR

**IN RE** Isaias **PAZ-ESTRADA**, et al.

Original Proceeding[1]

**ORDER**

On April 4, 2023, relators filed a petition for writ of mandamus. On June 6, 2023, we received notice that relator Alberto Garcia Galvan's request for relief is now moot. Accordingly, we **DISMISS** relator Galvan's request for relief as moot.

As for the remaining seventeen relators, after considering the petition, real party in interest's response, relators' reply, amicus briefing, and this record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 21, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2024.

_Tommy Stolhandske_
Tommy Stolhandske, Clerk of Court

---

[1] This proceeding arises out of eighteen civil bond forfeiture cases involving the State of Texas and the following defendants and their trial cause numbers: Isaias Paz-Estrada, Cause No. 1096; Jorge Luis de la Cruz-Cordova, Cause No. 1110; Marcelo Hernandez-Pablo, Cause No. 1111; Diego Villarreal Castellanos, Cause No. 1112; Jose Domingo Palacio Lazarin, Cause No. 1113; Oribel Martinez Leon, Cause No. 1220; Roque Alvarez Arias, Cause No. 1242; Pedro Marcos Ruiz, Cause No. 1246; Romario Lopez Jimenez, Cause No. 1249; Alberto Garcia Galvan, Cause No. 1254; Walter Gonzalez Rueda, Cause No. 1256; Jorge Luis Olalde-Gustavo; Cause No. 1275; Luis Adrian Medina-Gonzalez, Cause No. 1277; Joel Santiago Zamora, Cause No. 1278; Juan Ignasio Gonzalez Abundis, Cause No. 1279; Carlos Oviedo Oviedo, Cause No. 1280;Oscar Gerado Posadas-Garcias, Cause No. 1283; and Abenmar Cordova Cacho, Cause No. 1311 all pending in the County Court, Kinney County, Texas, the Honorable David E. Garcia presiding.